Umar Alli 12A1086

Clinton Correctional Facility

P.O. Box 2000

Dannemora, New York 12929

February 14 2015

CC

RE; 14-CV-10257-RA-JLC

Alli V. Security officer Pedlar, et al

Pro se Clerk

Southern District of New York

United States District Court

500 Pearl. St

New York NY 10007

Plaintiff Umar Alli, Pro se, in the above titled matter hereby request the following respectfully;

(1) Plaintiff respectfully request that the Courts Provide the needed documents to Perform Service Such as a Court ordered Summons and USM-285 forms. So that a timely Service can be conducted. Plaintiff is Unfamiliar with this process as this is his first time as a filer of a Complaint thats not Under the IFP Provision. Plaintiff is respectfully requesting that the Courts Provide a Order Of Service.

(2) Plaintiff also request that the C. Department Waive Service and accept Service for defendants listed herein.

RECEIVED

(1)

Dated; February 14 2015
DANNEMORA NEW YORK 12929

Respectfully
Umar Alli

As sworn to by me that on this 14th day of
february 2015 I Umar Alli Pro se Plaintiff of the
matter 14·CV-10257-RA-JLC, Alli v. Security officer
Pedlar, et al. has mailed this request for Service
Order, USM-285 forms, Summons, And request to waive
Service on defendants, Said request was mailed from
Clinton Correctional facility Mail box.

Respectfully
UMAR Alli    12A1086

Clinton Correctional facility
P.O. BOX 2000
DANNEMORA NY 12959

(2)

CLINTON CORRECTIONAL FACILITY
P. O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Umar Ali

DIN#: 12A1086

RECEIVED
SDNY PRO SE OFFICE
2018 FEB 20 P 2:36
USDC
SDNY





Pro Se Clerk
Southern District of New York
United States District Court
500 Pearl. St
New York NY 10007

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL,

$00.400
02.XX.2018
Mailed From 12929
US POSTAGE