Umar Alli 12A1086
Clinton Correctional Facility
P.O Box 2000
Dannemora NY 12959

April 6 2015
CC

RECEIVED
SDNY PRO SE OFFICE
2015 APR -8 P 2: 56

United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re: 14 CIV. 10257 (BA)
Alli v. Security Officer Pedlar, Et Al.

YOUR HONOR:

I am the Pro Se Plaintiff in the above referenced matter. I write to respectfully request that the defendants be ordered and or compelled to provide service addresses for the defendants in which they failed to waive service. Said addresses are needed so that the marshalls may properly execute service. I have wrote defendants in attempt for them to follow said request without court intravention yet to no avail. So plaintiff is hereby requesting service address for the following defendants stated below;
" Security Officers Almazar, and bunton, Security Captain Beharri, Correction Officers Spear and Bhor, and DOC Officials Rose Agro, Kathleen Mulvey, florence Finkle, Lewis finkleman, Micheal J. Regan, Cathy Potler, Richard T. Wolf, Kennith T. Armstead and The Correctional Health Service and Prison Health Service. As time is in the essence Plaintiff request that the defendants

1

be given seven days (7) to comply with the courts orders.

Thank you for your time and consideration.

Dated: April 6 2015
DANNEMORA NY 10007

Sincerely
Umar Alli

It is hereby sworn to I Umar Alli Pro se Plaintiff in the matter of Alli v. Security officer Pedlar Et, AL 14.Civ. 10257(RA) has mailed a request to order defendant to provide service information for defendants in which haven't waive service. Said Request is mailed through first class mail of Clinton Correctional facility, P.O BOX 2000, DANNEMORA NY 12929. To The United States District Court, Southern District of New york, 500 pearl St, NY NY 10007. On this 6th Day of April 2015

SWORN TO BEFORE ME
ON this 6th Day of April 2015

Sincerely

