Umar Alli 12A1086
Clinton Correctional Facility
P.O. Box 2000
DANNEMORA NY 12959

RECEIVED PRO SE OFFICE
2015 MAY 15

April 23 2015

CC

Pro Se Clerk
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST.
NEW YORK NY 10007

RE; 14 CIV. 10257 (RA)
Alli V. Security officer fedlar, Et, AL

YOUR HONOR;

I am the Pro Se Plaintiff in the above matter I hereby request the Courts to order the defendants to provide the badge number and Service address for defendants Spear, Bohr, Almazar, bunton and Security captain Beharri.

Plaintiff has made this application with the defense Counsel and Magistrate Judge ample times as shown in the following exhibits (Exhibit A Dated february 14 2015, Exhibit B Dated March 23 2015, Exhibit C April 6 2015)

Despite Plaintiff's ample attempts to remedy this urgent issue he hasn't received any response. If Current attempt is a fail Plaintiff will impose Sanctions, default Judgment, and a Cheif Judges intervention.

Lasty the USM-285 Service forms for defendants Lewis finkleman, florence finkle, Kathleen Muvery, Rose Argo, Richard T. Wolf, Cathy Potter, Michael J Regan, Hildy J Simmons and Kenneth T. Armstead are mailed to the Pro Se Clerk with the summons and complaint for service.

Sincerely
Umar Alli 12A1086

# AFFIDAVIT OF SERVICE

APRIL 23 2015

CC;

STATE OF New York )
COUNTY OF DANNEMORA )

RE; 14-CV-10257
Alli V. Security Officer Pedlar Et, AL

On this 23rd day of April 2015 I Umar Alli Pro SE Plaintiff in the above refferenced matter has Mailed, the below Stated to the Stated Parties, through the first Class Mail room of Clinton Correctional facility P.O. BOX 2000, DANNEMORA NY 12959.

(1). USM-285 Service forms Completed for defendants; Lewis Finkelman, Florence Finkle, Kathleen Mulvey, Rose Agro, Richard T. Wolf, Cathy Potter, Michael J. Regan, Hildy J Simmons, Kenneth T. ARMStead

And (2,) Request And Epistle Dated APRIL 23 2015 Requesting the Badge numbers and Service information for defendants, Officer Spears, Bohr, Almazar, Bunton and Security Captain Beharri

THE following is Mailed to the; Pro SE Clerk, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, 500 PEARL St, NY NY 1000°

DATED. April 23 2015
DANNEMORA N.Y 12959

Sincerely
Umar Alli

SWORN TO Before me on this 23 day
OF April 2015

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 6/8/2016

NOTARY Public

Clinton correctional facility
1156 Cook St, P.O. BOX 2000
DANNEMORA NY 12959

# Exhibit C

Umar Alli 12A1086

Clinton Correctional facility

P.O Box 2000

DANNEMORA NY 12959

April 6 2015

CC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

500 PEARL STREET

NEW YORK NY 10007

RE; 14 CIV. 10257 (RA)

Alli v. Security Officer Pedlar, Et Al,

YOUR HONOR:

I am the Pro Se Plaintiff in the above referenced matter. I write to respectfully request that the defendants be Ordered and or Compelled to provide Service addresses for the defendants in which they failed to waive Service. Said addresses are needed so that the marshalls may Properly execute Service. I have wrote defendants in attempt for them to follow said request without Court intervention yet to no avail. So plaintiff is hereby requesting service address for the following defendants Stated below; "Security Officers Almazar, and bunton, Security Captain Beharr", Correction Officers Spear and Rhor, and Doc Officials Rose Agro, Kathleen Mulvey, Florence Finkle, Lewis Finkleman, Micheal J. Regan, Cathy Potler, Richard T. Wolf, Kennith T. ARMstead and The Correctional HEALth Service and Prison Health Service. As time is in the essence Plaintiff request that the defendants

1

Exhibit C

be given seven days (7) to comply with the courts Orders.

Thank you for your time and Consideration.

Dated. April 6 2015
DANNEMORA NY 10007

Sincerely

Umar Alli

It is hereby Sworn to I Umar Alli Pro se Plaintiff in the matter of Alli v. Security Officer Pedlar Et. AL 14. Civ. 10257 (RA) has mailed a request to Order defendant to provide Service information for defendants in which haven't waive Service. Said Request is mailed through first class mail Of Clinton Correctional Facility, P.O BOX 2000, DANNEMORA NY 12929. To The United States District Court, Southern District Of New York, 500 pearl St, NY NY 10007. On this 6th Day Of April 2015

SWORN TO BEFORE ME
On this 6th Day Of April 2015

Sincerely

Exhibit B

Umar Ali 12A1086                                    March 23 2015
Clinton Correctional facility                              CC
P.O. Box 2000
Dannemora N.Y 12959

                                    Daniel Saavedra
RE; Ali v. Security Officer Pector et al Corporation Counsel of the City of New York
      14-CV-10257(RA)        )      100 Church Street
                                    New York, NY, 10007

To MR Saavedra
            This is a notice and request
with a (7) seven day return date from recept.
 I Pro se Plaintiff in the above matter hereby
request that you accept Service for all defendants
in this action. If you dissent notify me within
the above time frame Prescribed. Also if you don't concur
with my application Write back with the address of
all identified defendants and badge numbers so that
I can oppoint the marshalls to execute Service.
      Dated March 23 2015
      Dannemora NY 12959


      I Pro se Plaintiff hereby has sworn to mail the
above Corporation Counsel this notice and request on
the 23rd of March 2015 from the first Class mail of
Clinton Correctional facility.
      Dated, March 23 2015
      Dannemora NY 12959           Respectfully

Exhibit A

RE; 14-CV-10257-RA-JLC

Alli V. Security officer Pedlar, et al

Pro se Clerk

Southern District of New York

United States District Court

500 Pearl. St

New York NY 10007

Plaintiff Umar Alli, Pro-se, in the above titled matter hereby request the following respectfully;

(1) Plaintiff respectfully request that the Courts Provide the needed documents to Perform Service Such as a Court Ordered Summons and USM-285 Forms. So that a timely Service can be conducted. Plaintiff is Unfamilior with this process as this is his first time as a filer of a complaint thats not under the IFP Provision. Plaintiff is respectfully requesting that the Courts Provide a Order of Service.

(2) Plaintiff also request that the City law Department Waive Service and accept Service for defendants Stated herein.

(1)

# Exhibit A

Dated; February 14 2015
DANNEMORA NEW YORK 12929

Respectfully
Umar Alli

As Sworn to by me that on this 14th day of
february 2015 I Umar Alli Pro SE Plaintiff of the
matter 14·CV·10257-RA-JLC , Alli V. Security officer
Pedlar, et al . has mailed this request for Service
Order, USM-285 forms, Summons, and request to waive
Service on defendants, Said request was mailed from
Clinton Correctional facility Mail box.

Respectfully
UMAR Alli 12A1086

Clinton Correctional facility
P.O. Box 2000
DANNEMORA NY 12959



**PRIORITY MAIL®**

USPS UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 107R, January 2008

FORGERY USA
PURPLE HEART

DANNEMORA N.Y. 12929 APR 2015

PAID US PENALTY

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE 500 PEARL STREET
NEW YORK, NY 10007
Official Business

TO SE Clerk
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURT HOUSE, 500 PEARL STREET
NEW YORK, NY 10007

LEGAL MAIL

UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9999 4431 4522 9677 70

Label 400 Jan. 2013
7690-16-000-7948

UMAR ALI, 12A1086
UMAR ALI, 12A1086
CLINTON CORR. FACIL.
PO BOX 2000
DANNEMORA, NY 12929

RECEIVED
PRO SE OFFICE
2015 MAY -1 P 3 55