

**United States District Court
Southern District of New York**

*Office of Pro Se Litigation*

May 12, 2015

Umar Alli
12-A-1086
Clinton Correctional Facility
PO Box 2000
Dannemora, NY 12929          Re: *Alli v. Pedlar*, No. 14-CV-10257 (RA) (JLC)

Dear Mr. Alli:

It appears that you mailed your most recent letter to Judge Cott before you received the April 24, 2015 order: (1) asking the City to provide more information about Almazar, Spears, and Rohr; (2) asking Buntton, Beharri, Agro, Mulvey, Finkle, and Finkelman to waive service; and (3) informing you that the Board of Correction ("BOC") defendants (Simmons, Regan, Potler, Wolf, and Armstead) must be served with a summons and complaint because they are not subject to the waiver of service agreement that the Court has with the Department of Correction.

Should the City provide identifying information for Almazar, Spears, and Rohr, the Court will request that Almazar, Spears, and Rohr waive service. If that request is denied, you will have to serve Almazar, Spears, and Rohr with a summons and complaint. Also, if Buntton, Beharri, Agro, Mulvey, Finkle, and Finkelman decline to waive service, you will be required to serve those defendants as well. You mention in your letter that you mailed USM-285 forms to the Court; however, because you paid the filing fee for this action, you are not entitled to have the United States Marshals Service effect service on your behalf. The docket shows that on March 10, 2015, you were sent a package of information that included instructions for service.

I hope this information has been helpful.

Very truly yours,


/s/
B. Lerner
Staff Attorney