

**United States District Court
Southern District of New York**

*Office of Pro Se Litigation*

May 22, 2015

Umar Alli
12-A-1086
Clinton Correctional Facility
PO Box 2000
Dannemora, NY 12929     Re: *Alli v. Pedlar*, No. 14-CV-10257 (RA) (JLC)

Dear Mr. Alli:

I write again regarding service in your case. As my earlier letter stated, you are responsible for serving the Board of Correction ("BOC") defendants (Simmons, Regan, Potler, Wolf, and Armstead). Those defendants are not subject to the waiver of service agreement that the Court has with the Department of Correction. In addition, because you paid the filing fee, you are not automatically entitled to have the U.S. Marshals Service effect service for you. For these reasons, you must serve the BOC defendants with a summons and complaint. You should not fill out USM-285 forms for them.

I understand that you returned the service package that the Court sent to you (containing copies of the summons, complaint, and instructions). I hope it is clear to you now that you need to serve the BOC defendants, not send the package back to the Court. The Clerk's Office is going to mail the service package back to you. Follow the instructions carefully.

Just to update you, on May 21, 2015, the Department of Correction waived service on behalf of Almazar, Spears, and Rohr, and their answer is due on July 20, 2015. The Court is still waiting to hear if Buntton, Beharri, Agro, Mulvey, Finkle, and Finkelman will waive service.

Very truly yours,


/s/
B. Lerner
Staff Attorney