Umar Alli 12A1086  
Clinton Correctional Facility  
P.O. Box 2001  
Dannemora NY 12929

June 4, 2015

CC

RECEIVED  
SDNY PRO SE OFFICE  
2015 JUN 11 P 12:40

Pro Se Clerk  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
500 PEARL STREET  
NEW YORK NEW YORK 10007

RE: Alli v. Security Officer Pedlar  
14 CIV. 10257 (RA)

TO: Pro Se Clerk

On this day of June 4 2015 the defendants City of New York, Dora Schriro, Correction officers Wong and Fluker are in default for failing to respond to the litigation within the applicable time frame.

Wherefore I am requesting that in accordance to Federal Rules of Civil Procedure that the Clerk enter a entry of default. And mail plaintiff said notice of default and any court forms to establish said default.

Dated June 4 2015  
Dannemora NY

Respectfully  
Umar Alli