USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

                -against-

SECURITY OFFICER PEDLAR, ET AL.,

                Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Plaintiff Umar Alli, proceeding *pro se*, is currently incarcerated at the Clinton Correctional Facility. Alli alleges that in February 2012, staff at the George R. Vierno Center on Rikers Island physically and sexually assaulted him and denied him medical treatment and disciplinary due process. The New York City Department of Correction ("DOC") has declined to waive service on behalf of former employees Security Officer Bunton, Security Captain Behari, and Florence Finkle. DOC has indicated that Bunton, Behari, and Finkle are no longer with the agency and have not responded to certified letters. (Dkt. No. 26).

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Accordingly, the Court directs the New York City Law Department, which is the attorney for and agent of DOC, to attempt to locate addresses where Bunton, Behari, and Finkle may be served. The Law Department shall provide this information to Alli (with a copy to the Court) within 30 days of the date of this Order. At that time, the Court will issue a further service order, as is necessary.

## CONCLUSION

The Clerk of Court shall serve a copy of this Order and the complaint on the New York City Law Department at: 100 Church Street, New York, New York 10007.

**SO ORDERED.**

Dated: June 11, 2015
      New York, New York

                                                  JAMES L. COTT
                                            United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Umar Alli
12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929