UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,

Umar Alli

    Plaintiff

- VS -

Security Officer Pedlar ET AL

    Defendants

14-CV-10257 (RA)(JLC)

RECEIVED SDNY PRO SE OFFICE 2015 JUN 29 A 9 15

Plaintiff Pro se hereby writes to receive Court Intravention with the on going dispute and failure of the defendants to Provide the idenity of the John doe defendants in this Action, in accordance to the Honorable Ronnie Abrams, United States District Judge, Order of Service dated March 6 2015.

In the March 6 2015 Order, the court mandated that within Sixty (60) days the defendants respond to the <u>Valentin</u> Order, identifying the unknown defendants.

Sixty (60) days has elapsed and defendants made no attempts to comply with the courts orders. Nor has defendant responded to any of Plaintiff's 3 Letters regarding the status of there Compliance with the Order.

Wherefore, Plaintiff request that the defendants respond to the Order within seven (7) day of this application and or the Courts Construe a Shbeduling Order for Plaintiff's motion to Compel and motion for Sanctions.

    THANK YOU FOR YOUR TIME AND CONSIDERATION.

DATED. June 22, 2015

Dannemora NY 12929

        Sincerely

# AFFIDAVIT OF SERVICE

COUNTY OF Clinton  
STATE OF New York

RE; 14-CV-10257  
Alli v. Pedlar Et, Al

I Umar Alli Pro se Plaintiff of the above refferenced matter. Hereby duly sworn has on this 22nd day of June mailed the attached request for Court intravention, from the First Class mail room of Clinton Correctional facility P.O. Box 2001 Dannemora N.Y 12929. Said request was mailed to the below Parties.

    Pro se clerk  
    U.S.D.C - S.D.N.Y  
    500 PEARL ST.  
    NEW YORK NY 10007

    &.

    Daniel Saavedra  
    Corporation Counsel  
    100 Church St  
    New York Ny 10007

Respectfully  
Umar Alli

Sworn to before me  
On this 22 day of June 2015

_____  
Notary Public

Robert R. Rabideau  
Notary Public, State of New York  
No. 01RA6304593  
Qualified in Clinton County  
Commission Expires 0/19/K

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Umar Alli    DIN: 12A1086

USMP3 SDNY

RECEIVED OFFICE
2015 JUN 29 A 8:36

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

LEGAL MAIL