USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

-against-

SECURITY OFFICER PEDLAR, *et al.*,

                Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

*Pro se* Plaintiff Umar Alli has written a letter to the Court dated June 22, 2015 (Dkt. No. 34), requesting that the Office of Corporation Counsel of the City of New York comply with Judge Abrams' March 6, 2015 Order of Service (Dkt. No. 6), which directed the Office to identify the 14 John Doe defendants named in Alli's complaint within 60 days of the Order, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997).

The Office of Corporation Counsel has apparently not yet responded to Judge Abrams' Order. Accordingly, it is directed to provide this information to Alli by letter (with a copy to the Court), to the extent available, within 14 days of this Order.

**SO ORDERED**.

Dated: June 30, 2015
      New York, New York

JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**
Umar Alli
12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929