

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL G. SAAVEDRA**
*Assistant Corporation Counsel*
Phone: (212) 356-0892
Fax: (212) 356-3509
dsaavedr@law.nyc.gov

July 13, 2015

**BY E.C.F.**
Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Alli Umar v. Security Officer Pedlar, et al.*, 14 Civ. 10257 (RA) (JLM)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above referenced matter on behalf of defendants City of New York, Dora Schriro, and Correction Officers Fluker, Bravo and Wong (hereinafter "defendants"). Defendants write to respectfully identify the service addresses of defendants Bunton, Behari, and Finkle pursuant to the Court's June 11, 2015 order (hereinafter "Valentin Order").

By way of background, plaintiff's complaint alleges, *inter alia*, that he was assaulted by several New York City Department of Correction ("DOC") officers on January 11, 2012. Plaintiff further alleges correction officers assaulted him during a cell extraction sometime in February of 2012. Plaintiff also alleges that he was denied due process and adequate medical care following the alleged incidents in January and February of 2012.

On June 11, 2015, the Court ordered, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the New York City Law Department to "attempt to locate addresses where [defednants] Bunton, Behari, and Finkle may be served." Pursuant to the Court's June 11, 2015 order, please find below the names and services address of:

1. Budnarine Behari, 88-15 144th Street, Jamaica, NY 11435;

2. Paul Bunton, 246-39 Grand Central Parkway Service Road, Bellerose, NY 11362;

3. Florence Finkle, 75-20 Astoria Boulevard, East Elmhurst, New York, 11370.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Daniel G. Saavedra
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Umar Alli, Plaintiff *Pro Se* (By First Class Mail)
DIN#: 12A1086
Clinton Correctional Facility
PO Box 2000
Dannemora, NY 12929