

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL G. SAAVEDRA
*Assistant Corporation Counsel*
Phone: (212) 356-0892
Fax: (212) 356-3509
dsaavedr@law.nyc.gov

July 14, 2015

**BY E.C.F.**
Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Umar Alli v. Security Officer Pedlar, et al.,* 14 Civ. 10257 (RA) (JLM)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above referenced matter on behalf of defendants City of New York, Dora Schriro, and Correction Officers Fluker, Bravo and Wong (hereinafter "defendants"). Defendants write to respectfully identify the service addresses of several John Doe defendants pursuant to the Court's June 30, 2015 order.

      By way of background, plaintiff's complaint alleges, *inter alia*, that he was assaulted by several New York City Department of Correction ("DOC") officers on January 11, 2012. Plaintiff further alleges correction officers assaulted him during a cell extraction sometime in February of 2012. Plaintiff also alleges that he was denied due process and adequate medical care following the alleged incidents in January and February of 2012.

      On June 30, 2015, the Court ordered, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the New York City Law Department to respond to Judge Abrams' March 6, 2015 Order of Service within 14 days. *See* Docket Entry No. 35. Judge Abrams' March 6, 2015 Order of Service required the Office of the Corporation Counsel to provide the identities of "at least some of [the fourteen John Doe defendants]…to the extent [this information was] available." *See* Docket Entry No. 35, at p. 3.

      Pursuant to the Court's June 30, 2015 order, please find below the name and service address of the John Doe Chief of Department:

      1. Martin J. Murphy, Department of Correction ("DOC"), 75-20 Astoria Blvd., East Elmhurst NY 11370

Additionally, please find below the name and service address of the John Doe Investigating Captain of the February 23, 2012 incident:

1. Captain Gates, Shield No. 261, DOC, 09-09 Hazen Street, East Elmhurst, NY 11370;

Additionally, please find below the name and service address of the John Doe Probe Team Captain for the February 23, 2012 incident:

1. Captain Medina, Shield No. 795, DOC, 09-09 Hazen Street, East Elmhurst, NY 11370;

Defendants thank the Court for its consideration of the herein matters.

Respectfully submitted,

/s/

Daniel G. Saavedra
Assistant Corporation Counsel
Special Federal Litigation Division


cc: Umar Alli, Plaintiff *Pro Se* (By First Class Mail)
DIN#: 12A1086
Clinton Correctional Facility
PO Box 2000
Dannemora, NY 12929