Umar Alli 12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora NY 12929

RECEIVED SDNY PRO SE OFFICE
2015 JUL 21 A 9: 28

July 16 2015

CC;
Defendants Counsel, Daniel Saavedra

Re: 14-CV-10257(RA)(JLC)
Security Officer Pedlar, et Al,

Pro SE Clerk
U.S.D.C - S.D.N.Y
500 PEARL STREET
New York NY 10007

To: Honorable James L. Cott.

As this notice is mailed to the Pro Se Clerk for review of the Magistrate Judge James L. Cott this notice is also mailed to the defense counsel on record of this matter. Defendants repeatedly maliciously and intentionally fail to follow the Courts Orders and or seek an extension of time to plead from Plaintiff or the Courts. An order dated June 30th 2015 for identifying John doe defendants and a Order on June 11 2015 for service information of named defendants has repeatedly been unresponded to. Wherefore, Plaintiff will seek a motion to dismiss action in his favor with the award of all actions requested in the Complaint due to defendants being in default. Defendants are given an addition Seven(7) days for Compliance July 27 2015. Final and Just.

Sincerely
Umar Alli

DATED, July 16 2015

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF CLINTON

July 16 2015
CC;

RE; 14-CV-10257(RA)(JLC)
Security Officer Pedlar., ET AL

On the 16th of July 2015 I Umar Alli Pro Se Plaintiff of the above matter has duly sworn to mail by VIA first class mail of Clinton Correctional facility the, notice of defendants Continued failure to adhere to Court Orders. Stated document and this Affidavit of Service is mailed to the below Parties.

A. Pro Se Clerk, U.S.D.C - S.D.N.Y, 500 PEARL ST., NY, NY 10007

B. Corporation Counsel, City Law Department, Daniel Saavedra, 100 Church ST, New york NY 10007

Dated July 16 2015
Dannemora NY 12929

Sworn to before me
On this 16th day of July 2015

Respectfully

Umar Alli

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Umar Ali   DIN: 12A1086



US POSTAGE $00.485 07/17/2015
Mailed From 12929

CLINTON CORRECTIONAL FACILITY

2015 JUL 21 A 8:55

Pro Se Office
U.S.D.C. - S.D.N.Y
500 Pearl St.
New York, NY 10007

Legal MAIL