Umar Alli 12A1086  
Clinton Correctional Facility  
P.O. Box 2000  
Dannemora, N.y. 12929  

July 20 2015  
CC  

RE; Alli v. Pedlar,  
14 CV 10257 (RA)(JLC)  

Pro Se Clerk  
U.S.D.C - S.D.N.Y  
500 PEARL ST.  
New York NY 10007  
Room 230  

To. Pro Se Clerk.

    I Umar Alli Pro Se Plaintiff in the above matter hereby writes to respectfully request copy of the Proof of Service filled with the court in Person by a realitive of mine. Said Service was for defendants (Simmons, Regan, Potler Wolf and Armstead) in the above action. Thank you kindly.

Dated; July 20 2015  
Dannemora NY

Respectfully  
Umar Alli

[Stamp: RECEIVED SDNY PRO SE OFFICE 2015 JUL 23 A 9:19]