

# United States District Court
## Southern District of New York
*Office of Pro Se Litigation*

July 27, 2015

Umar Alli
12-A-1086
Clinton Correctional Facility
PO Box 2000
Dannemora, NY 12929

Re: 14-CV-10257 (RA)(JLC)

Dear Mr. Alli:

You recently wrote to the Court asking for copies of documents (proof of service). Unfortunately, the Court does not provide free copies of documents. To obtain copies of documents from the Court, you should write to the Records Management Office of the Court at 500 Pearl Street, Room 270, New York, N.Y. 10007. There is a statutory fee of $0.50 (fifty cents) per page. Once that office receives your request, the files will be assessed and you will be informed of the cost for the documents you request. Once the Court receives payment, the documents will be mailed to you. Attached is a docket sheet of your case, which should help you specify which documents you would like copied.

Very truly yours,


/s/
B. Lerner
Staff Attorney