USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

               Plaintiff,

-against-

SECURITY OFFICER PEDLAR, *et al.*,

               Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

*Pro se* Plaintiff Umar Alli has written a letter to the Court dated July 16, 2015 (Dkt. No. 39), seeking sanctions against Defendants for the failure of the Corporation Counsel of the City of New York to comply with the Court's orders directing it to provide information to Alli regarding the identity and/or service addresses of certain John Doe and named defendants. Corporation Counsel is directed to respond to Alli's letter no later than **July 31, 2015**.

Additionally, the Court notes that the Answer filed by some of the Defendants on July 20, 2015 incorrectly stated that Defendant Spears has not been served with process. *See* Answer n.1 (Dkt. No. 38). The Department of Corrections ("DOC") waived service on behalf of Spears on May 21, 2015. (Dkt. No. 21). The DOC also waived service on behalf of Defendant Almazar on May 21, 2015 (Dkt. No. 21) and Defendant Pedlar on March 26, 2015 (Dkt. No. 9); however, they also have not answered the Complaint.[1] Accordingly, Spears, Almazar, and

---

[1] Although Defendant Pedlar was listed in the caption on the first page of the Answer, he was not among the list of Defendants in the opening paragraph of the Answer.

Pedlar are directed to answer the Complaint by **July 31, 2015**.

**SO ORDERED.**

Dated: July 27, 2015
New York, New York

JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Umar Alli
12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929