USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

-against-

SECURITY OFFICER PEDLAR, ET AL.,

                Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, is currently incarcerated at the Clinton Correctional Facility. Plaintiff paid the filing fee to bring this action regarding events that allegedly occurred at Rikers Island in 2012.

### A. Former Employees

The New York City Law Department has provided service addresses for three Defendants who are former New York City Department of Correction ("DOC") employees: (1) Budnarine Behari, 88-15 144th Street, Jamaica, New York, 11435; (2) Paul Bunton, 246-39 Grand Central Parkway Service Road, Bellrose, New York, 11362; and (3) Florence Finkle, 75-20 Astoria Boulevard, East Elmhurst, New York, 11370. (Dkt. No. 36).

The Clerk of Court is directed to issue a summons as to Behari and Bunton.[1] Plaintiff is directed to serve the summons and complaint on these Defendants within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served these Defendants or requested an extension of time to do so, the Court may dismiss the claims against them under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Defendant Finkle waived service on June 11, 2015 (Dkt. No. 27) and answered the complaint on July 20, 2015. (Dkt. No. 38).

## B. Current Employees

The Law Department also provided identifying information for three current DOC employees: (1) Martin J. Murphy; (2) Captain Gates, Shield No 261; and (3) Captain Medina, Shield No. 795. (Dkt. No. 37). The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Murphy, Gates, and Medina waive service of summons.

### SO ORDERED.

Dated: July 27, 2015
New York, New York

JAMES L. COTT
United States Magistrate Judge