UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UMAR ALLI,

                Plaintiff,

-against-

SECURITY OFFICER PEDLAR, ET AL.,

                Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge:**

    The New York City Law Department has provided identifying information for the following defendants, who are current employees of the New York City Department of Correction: Martin J. Murphy; Capt. Gates, Shield #261; and Capt. Medina, Shield #795. (Dkt. No. 37). The Court requested that DOC waive service on behalf of these defendants (Dkt. No. 43), but they are not listed on the docket. The Clerk of Court is hereby directed to add the names of these defendants (Murphy, Gates, and Medina) to the docket.

    The Court further directs *pro se* Plaintiff Umar Alli to amend his complaint no later than **August 25, 2015** to name Murphy, Gates, and Medina, former John Does, as defendants.

    Within seven days of the filing of the amended complaint, Defendants who answered the complaint on July 20, 2015 (City of New York, Correction Officers Bravo, Rhor, Fluker, and Wong, Dora Schiro, Rose Argo, Kathleen Mulvey, Florence Finkle, Lewis Finkelman, Michael Regan, Cathy Potler, Richard Wolf, and Kenneth Armstead) must file a letter with the Court to indicate whether they stipulate to the application of their answer to the amended complaint in lieu of filing an amended answer, or whether they will join in one answer to the amended

complaint to be filed on September 4, 2015 (along with Defendants Almazar, Pedlar, and Spears).

**SO ORDERED.**

Dated: August 11, 2015
      New York, New York

JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Umar Alli
12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929