Umar Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y. 12929

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 10 P 3:28

August 6 2015
CC

RE; 14 CIV. 10257 (RA)(JLM)
Alli v. Security officer Pedlar, et AL

Pro se Clerk
U.S.D.C ~ S.D.N.Y
500 Pearl St.
New york N.Y 10007

YOUR HONOR;

I Umar Alli Pro se plaintiff of the above titled matter hereby respectfully requests the following; As shown in exhibit A, Plaintiff wrote defendants with the attempt to remedy their evasive response and disclosures to the courts March 6 2015 "Valentin" Order. Defendants failed to conduct an adequate and meaningful investigation to find the idenitys' to detailed John doe defendants. Defendants incomplete response violate rule 37(4) where evasive response is treated as no response at all. Said Conduct is applicable to sanctions. Defendants response to Plaintiffs' notice is due by August 14 2015 or sanctions will be sought. Plaintiff also seeks a sworn statement pretaining to the investigation conducted and why said idenity is unknown.

Plaintiff also requests that defendants waive service for defendants Captain Gates, Captain Medina, and Martin J. Murphy. All whom are subject to Department of Corrections waiver of service agreement with the courts.

Lastly defendants failed to Provided Court

1 of 2.

orded initial discovery demands. Nor have they sought an extension to plead from Plaintiff or the Courts. Wherefore Plaintiff requests that the Courts order defendants to make disclosures within (7) seven days.

In regards to defendants Budnarine Behari and Paul Bunton Plaintiff has also requested that either (1) Defendants waive service, or (2) Marshalls conduct service, and or (3) Plaintiff is allowed to use certified mail to mail service and summons by method of mail and nail.

Thank you kindly for your time and consideration in the above matters.

Dated; August 6 2015
Dannemora New York

Respectfully
Umar Ali

Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y 12929

# AFFIDAVIT OF SERVICE

August 6 2015

State Of Clinton
County of New York

RE; 14 CV 10257 (RA)(JLM)
Alli v. Security Officer Pedlar., Et, Al

I Umar Alli Pro se Plaintiff in the above matter hereby sworn that on this 6th day of August 2015 has mailed by first class mail the below documents to the below Partys.

A. August 6 2015 Notice of evasive responses to court order, request for waiver of service, and request for initial disclosures. With attachment Exhibit A.

To; Pro SE Clerk., U.S.D.C - S.D.N.Y
500 Pearl Street, New York NY 10007

CC; City Law Department, Corporation Counsel, Daniel Saavedra,
100 Church Street, New York NY 10007

Sworn to by me on this
6th Day of August 2015

Respectfully
Umar Alli

Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y. 12929

OF CORRECTIONS AND COMMUNITY SUPERVISION
NTON CORRECTIONAL FACILITY
P.O. BOX 2000
ANNEMORA, NEW YORK 12929

Imar Alli  DIN: 12A1086

CLINTON CORRECTIONAL FACILITY

$00.705
08/07/2015
Mailed From 12929
US POSTAGE

Pro SE Clerk
Southern District of New York
United States District Court
500 PEARL STREET
NEW YORK NY 10007

1000781330

2015 AUG 10 P 3:28
RECEIVED SDNY PRO SE OFFICE

Legal Mail