Exhibit A U.A

Umar Alli 12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora NY 12929


Return
RECEIVED JUL 30 2015 PRO SE OFFICE

July 27 2015
CC; Pro se clerk

RE: Alli v. Security Officer Pedlar, Et Al,
14 CIV. 10257(RA)(JLM)

RECEIVED NY PRO SE OFFICE 2015 AUG 10 AM 11:28

City of New York
Law Department
"Daniel G. Saavedra"
100 Church Street
New York NY 10007

To: Mr. Saavedra

In accordance with the federal Rules Civil Procedure Rule 37. I hereby write in attempt to resolve discovery disputes before filing a motion to compel and or a motion for sanctions, in connection with your inadequate response to the Courts June 30, 2015 and March 6, 2015 "Valentin" Order. Although the order states Provide the identites of "at least some of the John Doe defendants...", It does not warrant your intentional refusal and inadequate evasive disclosures. In your July 13 and July 14 2015 disclosure which was received on July 23 2015 You Provided the following service information.

1. Chief of Department
2. Investigating Captain of the february 23 2012 incident
3. Probe Team Captain of the february 23 2012 incident
4. Already know defendants, Budnarine Behari, Paul Bunton, and florence finkle.

Said above disclousures neglect the following requested indentity and Service information.

(1)

Within Plaintiffs' complaint he reasonably identified the following defendants.

1. John Doe Deputy Chief of Department
2. John Doe Supervising Warden of G.R.V.C
3. John Doe officers whom worked Visting Room on January 11 2012
4. John Doe Adjudication Captain of January 11 2012 Use of force.
5. John Doe Deputy Warden of Security
6. Service address for Correctional Health Services/Prison Health Service.
7. John Doe Six (6) Board of Corrections field representatives
8. John Doe Witness and/or Participants of January Use of force.
9. John Doe Physicians (P/A) Whom endorsed Doc officials request for medical treatment in connection to the January 2012 Use of force.
10. Inspector General and Investigation Division

Its imperative that the above identity's and service information be Provided. Some of the identity's has already been disclosed due to departmental and Inspector general/investigation Division, investigations that stemmed from the January 11 2012 brutal attack. Wherefore fourteen (14) days are given in grace for an adequate response before a motion for sanction and or motion to compel is submitted to the courts. a copy of this notice is mailed to the Clerk of Court for docketing.

Dated; July 27 2015
Dannemora New York

Umar Alli 12A1086

P.O. Box 2000
Dannemora NY 12929

(2)

Exhibit A

# AFFIDAVIT OF SERVICE

COUNTY OF Clinton )
STATE OF NEW YORK )

July 27, 2015

RE: Alli v. Security officer Pedlar, ET, AL
14 CIV. 10257 (RA)(JLM)

I Umar Alli Pro Se Plaintiff has hereby sworn that on the 27 day of July 2015. I have mailed by first class mail the following below stated documents to the below addressed Partys:

A. Notice of inadequate disclosures (2 Pages)

To: Daniel Saavedra, City Law Department
100 Church ST, New York NY 10007

Copy To: Pro SE Clerk, United States district Court
Southern District Of New York, 500 Pearl ST.
New York New York 10007

Umar Alli 12A1086
Clinton correctional fac.
P.O. Box 2000
Dannemora NY 12929

Sworn to before me
On this 27th day of July 2015

Umar Alli

OF CORRECTIONS AND COMMUNITY SUPERVISION
**NTON CORRECTIONAL FACILITY**
P.O. BOX 2000
ANNEMORA, NEW YORK 12929

Imar Alli  DIN: 12A1086

CLINTON CORRECTIONAL FACILITY

$00.70 5
08/07/2015
Mailed From 12929
US POSTAGE

RECEIVED SDNY PRO SE OFFICE
2015 AUG 10 P 3:28

Pro SE Clerk
Southern District of New York
United States District Court
500 PEARL STREET
New York NY 10007

1000731330

Legal Mail.