Umar Alli 12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora NY 12929

August 5 2015
CC

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 10 P 3:26

RE, 14.CIV 10257(RA)(JLC)
Alli v. Security Officer Pedlar, Et.Al

Pro se Clerk
Southern District of New York
United States District Court
500 Pearl St.
New York N.Y 10007

Your Honor:

  I am the Pro se Plaintiff of the above referenced matter. Plaintiff hereby writes in attempt to complete the service of the latest identified defendants. Namely, Behari, Bunton, Finkle, Murphy and the remaining disclosed defendants.

  Plaintiff respectfully request the Court to allow Plaintiff to use the nail and mail method to serve defendants and or the Marshalls to perform service of said defendants. Also that the Courts issue a new order of service for defendants.

  Due to plaintiffs incarceration making service on defendants is a highly difficult task. And unsafe for plaintiffs' relatives to attempt to serve these brutal and malicious officers and ex-officers at their home address.

  Thank you Kindly

Dated: August 5 2015
Dannemora NY 12929

Sincerely
Umar Alli

# AFFIDAVIT OF SERVICE

cc,

COUNTY OF CLINTON
STATE OF NEW YORK

RE; 14 CIV 10257 (RA)(JLC)
Umar Alli V. Security Officer Pedlar, Et. AL

I Umar Alli Pro se Plaintiff hereby sworn on this 5th day of August 2015 has mailed the below stated document to the below Partys:

A. August 5 2015 request to Complete Service.

To; Pro se Clerk, Southern District Of New York, United States District Court, 500 Pearl ST., New York NY 10007

CC, Daniel Saaveatra, City Law Department, 100 Church ST. New York New York 10007

Dated; August 5 2015
Dannemora NY

Sworn to by me on
this 5th day of August 2015

Respectfully
Umar Alli

Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y 12929

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Omar Ali    DIN: 12A1086

USM-3 SDNY



CLINTON CORRECTIONAL FACILITY
RECEIVED
2015 AUG 10 P 3:26
SDNY PRO SE OFFICE

Pro Se Clerk
Southern District of New York
United States District Court
500 PEARL ST
New York NY 10007

Legal Mail

$00.485
08/06/2015
Mailed From 12929
US POSTAGE