Umar Alli 12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora N.Y 12929

August 18 2015
CC

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 24 P 3:28

RE: 14 CIV. 10257 (RA)(JLC)
Alli v. Security officer Pedlar., Et al

Pro Se Clerk
United States District Court
Southern District Of New York
500 Pearl Street
New York New York 10007

I Umar Alli Pro Se Plaintiff in the above matter hereby writes in regards to the below stated matters.

On August 5 2015 and August 6 2015 I made a application to either (1) use the nail and mail method to serve defendants Behari and Bunton the summons, or (2) Defendants Willfully Waive service for said defendants, and or (3) The Courts Order the marshals' to Complete Service. Also in lineu the Courts Submitt a new order of Service.

Plaintiff has not recieved any determination on said application. Since then my relative attempted to complete service on both defendants on two seperate occassions yet to no avail.

Wherefore Plaintiff request that the Courts Provide the applicable relief as sought.

Plaintiff also writes in regards to the Courts August 11 2015 Order directing Plaintiff to file a amended Complaint by no later than August 25, 2015.

Plaintiff respectfully request a Post Poning and or a Stay from said Order Until requested for the reasons set forth below

(1)

Plaintiff has on August 18 2015 filed with the courts a motion to Compel defendants to Provide the identitys of the John doe defendants and to Compel the inital disclosures.

At the Conclusion of said motion to Compel, more identitys' may be Provided. Some of the sought identitys' are already known to the department of Corrections due to departmental investigation and or investigations through the investigation Divison and or the inspector general. When said identitys' are Provided and defendants Beharri and Bunton are served with Summons and Complaint, Plaintiff will have to then again amend the lengthy Complaint.

Wherefore Plaintiff respectfully request that the time frame to amend Complaint is extended and or stayed Pending the service of defendants Beharri and Bunton and or the Conclusion of Plaintiffs' motion to Compel.

Thank you for your time and Consideration.

Dated: August 18 2015
Dannemora New York

Respectfully
Umar Alli

Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

(2)

# AFFIDAVIT OF SERVICE

cc

County of Clinton
State of New York

RE: 14 CIV. 10257 (RA)(JLC)
Alli v. Security officer Pedlar Et, al

I Umar Alli Pro se plaintiff in the above matter hereby sworn that on August 18 2015 I have mailed the below stated documents to the below Partys' from Clintons' Correctional facility mail room.

A. Application regarding Service of defendants, and request to Postpone amendment of complaint dated August 18 2015

To: Pro Se Clerk, United States District Court, Southern District of New York, 500 Pearl ST, NY NY 10007

CC; Daniel Saavedra, City Law Department, 100 Church ST, New York New York 10007

Sworn to before me on this 18th day of August 2015

MELISSA M. RENDLE
Notary Public State of New York
No. 01RE6252319
Qualified in Clinton County
Commission Expires 12/15/15

Notary Public

Respectfully
Umar Alli

Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929