UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umar Alli
    Plaintiff

vs.

Security Office Pedlar., Et al
    Defendants

To Compel
14 CIV. 10257
(BA) (JLC)

RECEIVED SDNY PRO SE OFFICE 2015 AUG 24 AM 10:28

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:

Pro se Plaintiff Umar Alli Pursuant to Rule 37(4), Federal Rules of Civil Procedure. Request this Court to Compel defendants to Provide the mandated Rule 26 initial disclosures and the service information, and or the idenitifys', of the John doe defendants. As further Stated in Plaintiff affidavit in Support of this motion to Compel. This motion is Submitted on the 18th of August 2015 with a return date of two weeks from received date.

Thank you for your time and Consideration.

Dated: August 18 2015
Dannemora N.Y 12929

Respectfully
Umar Alli

Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

To: Pro se Clerk
United States District Court
Southern District of New York
500 Pearl Street.
New York NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMAR ALLI | AFFIDAVIT IN SUPPORT |
| PLAINTIFF | OF |
| VS. | MOTION TO COMPEL |
| SECURITY OFFICER PEDLAR, Et al | 14 CIV. 10257 (RA)(JLC) |
| DEFENDANTS | |

STATE OF NEW YORK
COUNTY OF CLINTON.

Pro se Plaintiff Umar Alli being duly sworn says:

1. I am the Plaintiff in the above matter. I make this affidavit in support of my motion to compel.

2. In accordance to the Federal Rules of Civil Procedure Rule 37(4) Evasive or incomplete disclosures answers or responses... An evasive or incomplete disclosure, answer or response must be treated as a failure to disclose, answer or respond.

3. In accordance to Federal Rules of Civil Procedure Rule 37(a)(2) States a motion to compel other parties to make inital disclosures or to respond to discovery request...

4. On March 6 2015 the Courts ordered the defendants to provide the local Rule 33.2 interrogatories and request for production of documents within 120 days of March 6 2015. Since then defendants have not complied and or sought an extenstion to plead. Defendant failed to reply to written request for said disclosures. Over ninety (90) days has elapsed thus setting defendants in default.

5. Defendants have provided inadequate evasive disclosures to the courts March 6 2015 and June 30 2015 "Valentin" orders to provide the identitys' and or service information for the John doe defendants.

6. The service information and or identitys for the John doe defendants are known to defendants and has been made known through departmental investigation and or investigations conducted be the investigation Division and or Inspector general.

7. Defendants July 13 and July 14 2015 disclosure only provided the following service information:
   1. Chief Of Department
   2. Investigating Captain of the February 23 2012 incident
   3. Probe Team Captain of the February 23 incident
   4. Defendants Budnarine Behari, Paul Bunton and Florence Finkle.

Said above disclousures neglect the mass identitys sought.

8. Plaintiff has wrote the defendants and or the court notifying them of the evasive responses yet to no avail.

9. Plaintiff has reasonally identified the sought defendants to warrant the disclosure of identitys and or the service information.

10. Plaintiff request that the courts compel the defendants to provide the below stated identity and or service information for below requested:
   1.) John Doe Deputy Chief Of Department
   2.) John Doe Supervising Warden of G.R.V.C
   3.) John Doe Officers Whom Worked Visiting room on January 11 2012.

4.) John Doe Adjudication Captain of infraction that Stemmed from January 11 2012 UOF
5.) John Doe Deputy Warden Of Security
6.) Service address for Correctional Health Service/Prison Health Service
7.) John Doe Six (6) Board of Corrections field representatives
8.) John Doe witness and or Participants of January Use of force
9.) John Doe Physicians (P/A)'s Whom endorsed Doc Officials request for medical treatment in Connection to the January 2012 Use of force.
10.) Service information for the Inspector General/Investigation Division

11. Plaintiff has been unduly burdened due to defendants Prejudical Conduct of maliciously failing to Conduct an adequate search and or Provide known identitys of sought defendants.
12. Defendants evasive responses has effected the furthering of litigation. Defendants are willfully and maliciously withholding identitys' to avoid Prosecution of sadistic defendants.
13. Wherefore Plaintiff request respectfully that his motion is granted in all respects.
    Thank you for your Time and Consideration.
Dated; August 18 2015
Dannemora New York

Respectfully
Umar Ali

Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

# AFFIDAVIT OF SERVICE

CC

County of Clinton
State of New York

RE: Alli v. Security Officer Pedlar et al
14. CIV. 10257 (RA)(JLC)

I Umar Alli Pro se Plaintiff hereby sworn that on the 18th day of August 2015 I have mailed through first class mail of Clinton Correctional facility the below stated documents to the below stated Partys':

A. Motion to Compel
B. Affidavit of Support to motion to Compel

To. Pro se Clerk
U.S.D.C. ~ S.D.N.Y
500 Pearl Street
New York NY 10007

CC. Daniel Saavedra, City Law Department
100 Church Street., New York NY 10007

Sworn to before me on this 18th day of August 2015

Respectfully
Umar Alli

MELISSA M. RENDLE
Notary Public State of New York
No. 01RE6252319
Qualified in Clinton County
Commission Expires 04/5/15

Notary Public  Melissa M Rendle

Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK - 12929

NAME: Umar

DIN: 11A1086

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 24 P 3:28

Pro se Clerk
Southern District of New York.
United States District Court
500 Pearl Street
New York, N.Y. 10007