UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2015

UMAR ALLI,

      Plaintiff,

-against-

SECURITY OFFICER PEDLAR, *et al.*,

      Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

  In light of Defendants' letter dated August 31, 2015 (Dkt. No. 53), the Court deems Plaintiff Umar Alli's motion to compel moot. (Dkt. No. 52).

  Accordingly, the Clerk of Court is directed to close the motion at Docket Number 52.

  **SO ORDERED**.

Dated: September 1, 2015
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Umar Alli
12A1086
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929