Umar Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

September 6 2015
CC

RECEIVED
NY PRO SE OFFICE
2015 SEP 10 P 3:19

Pro Se Clerk
S-D-N-Y. U-S-D-C
500 PEARL ST
New York NY 10007

To. Pro Se Clerk

Hi may you please forward a courtesy copy of the docket sheets for the following matters, (1) 14 civ. 10257 (RA)(JLM) Alli v. Security Officer Pedlar Et, AL. In this matter I have mailed multiple motions and or letters regarding this action and have yet to receive any reply.

Also (2) 14 civ. 6597 (AT)(MHD) Umar Alli v. City of New York Et, al. In this matter a motion to dismiss has been pending for months with no verdict.

Wherefore I am requesting docket sheets in both matters. THANK YOU KINDLY

Sincerely
Umar Alli

CLINTON CORRECTIONAL FACILITY
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Umar Alli 19 DIN#: 12A1086

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 10

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Legal Mail