UMAR A[...]
Clinton C[...]
P.O. Box 2000
Dannemora N.Y 12929

CLINTON
CORRECTIONAL
FACILITY

$02.520
09/21/2015
ZIP 12929
US POSTAGE

PRO SE CLERK
United States District Court
Southern District of New York
500 Pearl Street
New York New York 10007

USMS
SDNY

CLINTON CORRECTIONAL FACILITY