Umar. Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannermora N.Y 12929

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 29 AM 9:36

September 23 2015

CC

RE; 14 CIV 10257 (RA)(JLM)
Alli v. Pedlar, Et, Al

Pro SE Clerk
United States District Court
Southern District of New York
500 PEARL STREET
NEW YORK NY 10007

To. Your Honor

I am the pro se Plaintiff in this matter, Currently incarcerated at Clinton Correctional facility. On or about July 27 2015 a Summons was issued for newly identified defendants Budnarie Behari and Paul Bunton. Since said Summons being issued, Plaintiff has wrote the Courts seeking assistance in Completing Service of Summons and Complaint on defendants Behari, and Bunton, (SEE docket entrys' 47, 48, 49.) Yet to no avail.

In which caused Plaintiff to direct Personal Service of stated defendants at listed address yet due to deliberate avoidance on three occassions said attempts were fruitless. Whereas, ON September 11 2015 Plaintiff used the mail and nail Service for defendants' Behari and Bunton. Defendants Budnarine Behari Summons and Complaint was mailed on September 11 2015 Under Certified mail receipt # 7015 0640 0005 9797 8921. UPS Track Number # 9590 4403 0202 5120 286092 Said receipt declares September 18 2015 as the date in which Service was complete.

Furthermore defendant Paul Bunton Summons and Complaint was mailed on September 11 2015 Under Certified mail receipt # 7015 0640 0005 9797 8914. UPS Tracking 9590 0202 5120 2860 85. Said receipt declares September 18 2015 as the date in which service was complete.

This letter/notice is mailed to the Clerk to be filed along with two individual Proof of Services forms that use this letter as refference. The Clerk Shall be appointed to update the docket sheet and declare defendants Behari and Bunton served in this action. And answer due October 11 2015.

Plaintiff has on the 21st day of September 2015 filed an 52 page amended complaint in this action. I Said Amended Complaint supercedes the service of the orginal Complaint, Plaintiff hereby request that Plaintiff is allowed to re-use the nail and mail service for defendants Behari and Bunton.

Thank you for your time and Consideration.

Dated. September 23 2015
Dannermora New York

Greatly

Umar Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y. 12929

Affidavit of Service

STATE OF NEW YORK                    CC
County of Clinton

RE: 14 Civ 10257
(RA)(JLC)

I Umar Alli pro se plaintiff in the above matter hereby sworn declares, that on this 23rd day of September 2015 I have mailed through the first Class mailroom the below stated documents to the below stated Party.

A. Notice of Attempted Service for defendants B. Behari and Bunton.

To. Pro se Plaintiff Clerk
United States Distict Court
Southern District of New york
500 PEARL ST
New york New york 10007

Dated, September 23 2015
Dannemora N.Y

Sworn to before me on this day of        Greatly
Sept 2015

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

NOTARY PUBLIC

Umar Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannemora NY 12929

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Umar Ali   DIN: 12A1086

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Umar Ali   DIN: 12A1086

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 29 AM 9:36

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl St
New York NY 10007





Mailed From 12929
09/24/2015
US POSTAGE $00