# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Umar Alli
    *Plaintiff*

Civil Action No.: **14-CV-10257**
**JUDGE ABRAMS (RA)**

v

Officer Pedlar; Officer Bravo; Officer Almazar;
Officer Buntton; Captain Beharri; Officer Spears; Officer Rhor;
Officer Fluker; Officer Wong; City of New York; Rose Argo;
Kathleen Mulvey; Hildy J. Simmons; Dora Schriro; Florence Finkle;
Lewis Finkelman; Michael J. Regan; Cathy Potler; Richard T. Wolf;
Kenneth T. Armstead; Correction Health Services;.
    *Defendant*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/29/2015

RECEIVED
SEP 29 2015
PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

> *PRO SE* **UMAR ALLI # 12-A-1086**
> **CLINTON CORR. FACILITY**
> **P.O. BOX - 2000**
> **DANNEMORA, NY 12929**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

Date: ~~March 10th, 2015~~
July 27 2015

*V. Jones*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Budnarie Behari**

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ ~~I left~~ **Mailed** the summons at the individual's residence or usual place of abode with *(name)* **USPS Certified Mail receipt** _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **September 23, 2015**

*Server's signature*

**Umar Ali**
*Printed name and title*

**Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929**
*Server's address*

Additional information regarding attempted service, etc:
See attached notice to Courts dated September 23 2015
And or review Certified mail receipt # 7015 0640 0005 9797 8921
UPS Track 9590 4403 0202 5120 2860 92