Umar Alli 12A1086
Clinton Correctional facility
P.O. Box 2000
Dannemora N.Y. 12929

RECEIVED
SDNY PRO SE OFFICE
2015 OCT -5 PM 3: 36

September 29, 2015

cc

RE: 14 CIV. 10257 (RA)(JLM)
Alli v. Pecllar Et, AL

Pro se Clerk
United States District Court
Southern District Of New York
500 PEARL ST
New York NY 10007

To Pro se Clerk

I am the Pro se Plaintiff in the above matter and hereby writes for the below.

On or about September 21 2015, I have mailed a 52 page amended Complaint in this action. Plaintiff is respectfully requesting notice that said Amended Complaint was received.

Thank you for your time and consideration

Dated; September 29 2015
Dannemora NY 12929

GREATLY

Omar Alli 12A1088
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929

Legal Mail

To Be Clerk
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

USMS
SDNY
CLINTON CORRECTIONAL FACILITY
RECEIVED 2015 SEP 30 PM 3:36
U.S. DISTRICT COURT S.D. OF N.Y.
$00.485
Mailed From 12929
09/29/2015
US POSTAGE