Umar, Ali



Case # 14 cv 10257 (RA)(JLC)

against

Letter re: Docket Sheet

Security officer Pedlar Et, AL

    Writing to request a courtesty copy of the Docket Sheet in this matter to be sent to my current change of address at 710 E 187th St Apt 5 Bronx New York 10457. Also I would like to inform the Courts that I reserve the right to review the docket Sheet and then determine if Plaintiff is behind on receiveing any motions to recent moves.

Dated November 17 2015  
New York NY 10007

Respectfully