Umar Alli 12A1086
Downstate Correctional facility
Box F
Fishkill New York 12524

March 23 2016
cc.

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 29 AM 9:45

PRO SE CLERK
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTICT COURT
500 Pearl St.
New York New York 10007

RE: 12 CIV 3947 (GBD)
14 CIV 6597 (AT)
14 CIV 10257 (RA)

I Pro se plaintiff in all above matters hereby give the Courts Clerk notice of Change of address as Stated below, also note that Plaintiff in all matters Shall file motions to re-open litigations stated above that have been Wrongly closed. Plaintiff has instructed the defendants with a Hell or High Water non-negotiable instrument/ Contract, that defendants have Ten (10) days to remedy the wrong within the Settlement Proposal and if default, Judgment will be Sought including but not limited to liens and further litigation of actions. Thank you for your time and consideration Current address as Stated below.

Umar Alli  DIN # 12A1086
Downstate Correctional facility
Box F
Fishkill New York 12524

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/16

**Change of address**

Respectfully
[signature]
Without Prejudice

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: Umar Ali    DIN: 12A1086

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 29 AM 9: 45

USWP3 SDNY

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl St
New York NY 10007

Legal mail

MAILED FROM ZIP CODE 12524
MAR 24 2016
$00.485