

The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com

July 27, 2016

The Honorable Ronnie Abrams
United States District Court for the Southern District of New York

Re:     Alli v. Pedlar, et al., No. 14 Civ. 10257 (RA) (JLC)

Dear Judge Abrams,

> As this matter has been referred to Magistrate Judge Cott for general pretrial, see Dkt. 15, the parties shall address any pretrial requests to his chambers.
>
> Hon. Ronnie Abrams, U.S.D.J.
> 7/28/2016

I represent Plaintiff Umar Alli in the above-captioned Section 1983 litigation. Local Rule 83.10 does not govern this Section 1983 litigation because Mr. Alli alleges violations of his rights while he was in the custody of the City Department of Correction. As you may recall, in late 2015 there was confusion as to whether the Parties had successfully settled the matter, and the Court recently granted Plaintiff's motion to reopen the case. Docket No. 77.

I write to respectfully request an initial conference with the Court. I recently filed a notice of appearance as Mr. Alli's counsel and, after your July 18, 2016, Order directing the Clerk of the Court to reopen the case, I inquired with Defense counsel whether I might obtain a copy of discovery produced to date. Defense counsel informed me that the Parties have not yet begun discovery. Thus, the conference would be a great help in providing a schedule and other guidance in that regard.

In addition, because Mr. Alli has heretofore appeared pro se, a conference will provide the Court and the Parties with the opportunity to discuss whether pleading amendment would be useful and/or appropriate here. In the event a conference is scheduled, I will share a Proposed Amended Complaint with Defense counsel prior to that date to gauge their position. I respectfully propose that I file a status report prior to the conference alerting the Court as to Defendants' position on pleading amendment.

Thank you for your time and consideration. I am happy to provide you with more information as needed.

Sincerely,

Ryan Lozar

Ryan Lozar

Cc:     Daniel Saavedra, Defendants' counsel, via U.S. post and email