The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



August 31, 2016

The Honorable James L. Cott
United States District Court for the Southern District of New York

Re:     Alli v. Pedlar, et al., No. 14 Civ. 10257 (RA) (JLC)

Dear Judge Cott:

    I represent Plaintiff Umar Alli in the above-captioned Section 1983 litigation.  The Parties are presently scheduled to appear before the Court for an initial pretrial conference on September 7, 2016.

    I write because although I expected to have a definitive Proposed Amended Complaint by that date (meaning one that I have cleared with my client) for the Parties to discuss with the Court, that will no longer be the case because Mr. Alli was recently unexpectedly transferred from one state correctional facility to another.  The transfer presents no problem to my communication with my client in the long term, but in the short term it has delayed our progress in finalizing a Proposed Amended Complaint due to misdirected mail and my not learning until well after the transfer that it had occurred.

    If the Court is still willing to have the conference on September 7 despite the delay in finalizing the draft of the Proposed Amended Complaint, I have spoken to Defendants and the Parties have no objection.  If the Court does not find that to be an efficient way to proceed and would prefer to wait until Mr. Alli and I have successfully corresponded regarding the Proposed Amended Complaint, I wanted to alert the Court about this problem and I would then respectfully request that the conference be adjourned approximately three weeks, by which time the draft pleading will be ready.

                                                  Sincerely,

                                                  Ryan Lozar