The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



September 28, 2016

The Honorable James L. Cott
United States District Court for the Southern District of New York

Re:     <u>Alli v. Pedlar, et al.</u>, No. 14 Civ. 10257 (RA) (JLC)

Dear Judge Cott:

    I represent Plaintiff Umar Alli in the above-captioned Section 1983 litigation. In advance of the Parties' October 5, 2016, conference with the Court, I write to provide the Court with a copy of the Plaintiff's Proposed Second Amended Complaint ("SAC"). Defendants have reviewed the Proposed SAC and they do not consent to it being filed. Defendants intend to raise their objections with the Court at or in advance of the October 5, 2016, conference.

    The Parties have conferred regarding what progress occurred in the case when Mr. Alli was representing himself <u>pro se</u>. At this writing I believe that the Parties did not exchange paper discovery during that period, apart from efforts to identify Doe Defendants. Thus Mr. Alli will plan to serve first discovery requests very shortly and as the Court's schedule directs.

    Thank you for your time and consideration. I am happy to provide you with more information as needed.

                                                              Sincerely,

                                                              Ryan Lozar