USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

-against-

SECURITY OFFICER PEDLAR, *et al.*,

                Defendants.

**ORDER**

14-CV-10257 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    As discussed at yesterday's conference, fact discovery must be completed by **March 1, 2017**. This deadline will not be extended under any circumstances. After the close of fact discovery, the Court will schedule a status conference to chart the further course of this litigation.

    Further, the Court hereby sets the following schedule for motion practice in this case:

1. Defendants' motion to dismiss and oppose the proposed second amended complaint shall be filed no later than **November 14, 2016**.

2. Plaintiff's response to defendants' motion shall be filed no later than **December 14, 2016**.

3. Any reply from defendants shall be filed no later than **January 5, 2017**.

    **SO ORDERED.**

Dated: New York, New York
       October 6, 2016

_____
JAMES L. COTT
United States Magistrate Judge